**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUAN AGRAMONTE,

                     Petitioner,         16 **CIVIL** 6678 (KMK)
                                                  15 **CR.** 176 (KMK)

   -against-

                                                     **JUDGMENT**

UNITED STATES OF AMERICA,
                     Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2020, the petition is dismissed; As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not be issued; the Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this judgment on the merits would not be taken in good faith: judgment is entered in favor of Respondent and this case is closed.

**DATED:** New York, New York
              March 27, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                             **BY:**
                                                      _____
                                                        **Deputy Clerk**